(51 Misc. Rep. 663.)

BONAGUR v. ORLANDI.

(Supreme Court, Appellate Term. November 14, 1906.)

COURTS—MUNICIPAL COURT—TRANSFER OF CAUSE TO CITY COURT—APPEALABLE ORDER.

An order removing the cause from the Municipal Court to the City Court for trial is not appealable.

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by Antonio Bonagur against Giulio Orlandi. From an order, plaintiff appeals. Dismissed.

Argued before GILDERSLEEVE, DUGRO, and DOWLING, JJ.

Menken Bros., for appellant.
Charles H. Stoddard, for respondent.

DOWLING, J. This is an appeal from an order of the Municipal Court removing this action to the City Court of the City of New York for trial therein. Such an order is not appealable. Leavitt v. Katzoff, 43 Misc. Rep. 26, 86 N. Y. Supp. 495.

Appeal dismissed, with $10 costs. All concur.